

*November 26, 2012*

Search [Go]

# Justice looking for more (http://www.register



Greenbrier East's Obi Romeo (55) tries to get position in a game against Woodrow Wilson in February. The Spartans begin the 2012-13 season Tuesday, Dec. 4, at home against Fayetteville. Register-Herald file photo

# herald.com/todayssportsfront/x983009268/Justice-looking-for-more)

**Greenbrier East coach expects boys team to be competitive in 2nd year**

By Cam Huffman
Sports Editor (http://www.register-herald.com)

FAIRLEA — Jim Justice has never been one to settle for mediocrity.

When he brought a PGA TOUR golf tournament to West Virginia, something most said could never be done, he wasn't satisfied with it being just another tournament on the schedule. Now, after only three years, the Greenbrier Classic is considered one of the best events on the TOUR.

EXHIBIT B

Last year, Justice took on the monumental task of coaching both of the varsity basketball teams at Greenbrier East — girls and boys — and he led the boys to their second winning season in the last 10 years, as the Spartans finished 13-12.

"It wasn't easy, but we got there," said Justice, who has coached basketball at the semi-pro, high school and middle school level but never had a losing season. "We made it to the Sweet 16 with a shot to go to the state tournament. It took a while for the team to get to know me. It's a process, but it was a good season."

Now in year No. 2, the coach — and owner of The Greenbrier resort — is looking for more.

"I take my job very seriously," said Justice. "It's not coming out here and Jimmy having a good time. If I felt like I couldn't do a great job with both these teams, I wouldn't do it.

"What I want us to be able to do is to be able to compete with the traditional teams that we know are tough. Beckley will be tough. Princeton will be tough. Oak Hill, Shady, Riverside, they're all tough. And we haven't been able to compete. If we were able to compete and contend to go to the state tournament, and maybe even advance, that's an accomplishment."

Justice believes he has the team this year to make that trip to Charleston — Greenbrier East hasn't been since 2002, and it was 1985 before that — and he's not afraid of setting that goal.

"We've done a lot of fine-tuning and put in a lot of stuff," he explained. "We had no rhythm early on, but we've really started cooking. They're going to be an exciting team to watch. They've bought in, and we're on the way."

Obi Romeo, a 6-foot-10 center, has continued to develop his game, and Justice said he's starting to "play like a man." With his size and athleticism, he's beginning to draw some college interest.

"There's a lot of schools that are going to be interested in Obi," said the Spartan coach. "Can he get interest at the D-I level? He's going to have to improve. A 6-10 D-I player today is the real deal. Obi is getting there, but he's still got improvement to make."

Dereck Weiford is back from last year, after playing major minutes in a reserve role, and will likely move into the starting lineup, along with Owen Browning, an undersized 2-guard with a solid outside shot.

There are also a couple new faces. Rondale Watson, a Class AA all-state selection at Oak Hill last year, is now with the Spartans, as is Bryce Woodliff, a senior who moved to Greenbrier County from the Roanoke, Va., area and will handle the point.

Depth isn't a concern at all, with players like Trey Cochran, Evan Ramsey, Ryan

Linsey and Tyler Canterbury sure to see major minutes off the bench.

Justice's biggest concern, in fact, might be finding enough minutes to go 

"When you have this many kids that can play, they all want to play," he s[aid].

With Romeo drawing plenty of attention in the paint, Justice hopes to take advantage of the defense with some solid outside shooters.

"I'm a real believer in shooting the 3," he said. "I honestly believe that a third of your shots need to be 3-point attempts. But, of course, we have to get Obi a lot of touches."

The real strength, according to Justice, will be his team's ability to adapt to what it sees from its opponent.

"These kids know a lot," he said. "We'll change based on what the defense throws at us."

Greenbrier East will open the season on Dec. 4 at home against Fayetteville, the start of what Justice believes could be a memorable season in Fairlea.

"I'm not going to tell you that it's not a lot of work, but I love it," said Justice of his busy job of coaching both teams, while also managing all of his business interests, including The Greenbrier and The Greenbrier Classic. "I love the game, and I love the kids.

"I want to try to give back as much as I possibly can, even if it hurts. And this hurts. My knees aren't great, and everything else, and it's hard every day to do it and do it right. But I'm not going to do it any other way."

— E-mail: chuffman@register-herald.com and follow on Twitter @CamHuffmanRH.



ENJOY the best offer of the year BETTER | TV INTERNET PHONE

The Register-Herald, Beckley, West Virginia 801 N. Kanawha St., P.O. Box 2398, Beckley, WV, 25802

# The Register-Herald, Beckley, West Virginia

*November 9, 2012*

## Greenbrier donating toys for children in need

*By Tina Alvey*
**Register-Herald Reporter**

— WHITE SULPHUR SPRINGS — For a second year, The Greenbrier and the resort's owner, Jim Justice, are donating $1 million in toys for children in need.

Justice launched this year's "Create a Dream Tree for Kids" holiday gift drive Thursday at the resort, inviting hotel guests and community members to join the endeavor that last year provided some 30,000 gifts to 98 charities for distribution.

"This is a really fun day," said Justice, standing in front of a ceiling-high Christmas tree constructed of brightly wrapped packages. "These are the days you really, really look forward to."

Justice pointed out that many families are dealing with tough economic choices that could result in their children not having any presents to greet them on Christmas morning. He said by establishing the "Dream Tree" initiative, he feels he can "do a little part" toward making the holidays brighter for those youngsters.

"The giver's always the one that wins," Justice said. "It makes you feel better than those that are receiving."

In its initial year, "Dream Tree" gifts were distributed region-wide, but Justice noted, "The lion's share go within our area, even though we reach out even further."

Indicating the stacked packages behind the podium, he said, "This is just the beginning. Come back next month, and there'll be mountains of presents all around the hotel."

The resort's retail team has already purchased more than 24,000 gifts, including oversized stuffed animals, Hello Kitty puzzles, WOW toys and tabletop art easels. The year, The Greenbrier is also partnering with Paws2Care to donate more than 1,750 copies of the children's book "Beamer Visits the Emergency Room," along with "Beamer" stuffed animals, to be given to children who wake up in emergency rooms in the Inova Hospital network on Christmas morning.

Resort guests and community members who want to donate to the charity drive can choose any of the following options:

n Purchase an item for the "Dream Tree" from Fizzy's Land of Oz, which is The Greenbrier's toy shop.

n Donate a new, unwrapped toy at any of the resort's retail shops.


EXHIBIT C

n Give a donation in the form of cash or a personal check (made payable to "Old White Charities") at the hotel's front desk.

All gifts and proceeds will go toward the purchase of toys. Donations must be received by Dec. 12, and all are tax-deductible (receipts will be provided).

"We're donating a million dollars," Justice emphasized, "but if we get further (donations), that's great."

Volunteers who would like to help wrap gifts are asked to e-mail dreamtreeforkids@greenbrier.com with the date, time and names of those wishing to help.

Charitable organizations may register online at www.greenbrier.com/dreamtree before Dec. 1 to request consideration.

n n n

The launch of this year's "Dream Tree" gift drive was later than last year's, at least in part due to serious health problems from which Justice says he has now recovered.

During his opening remarks, Justice told the crowd gathered for the big announcement that this event was personally special because "in the last eight weeks, there were some really spooky times health-wise" for him.

He added, "In lots of ways, I'm just happy to be here."

In response to a reporter's inquiry, Justice recapped a saga that began with lapband surgery that had to be reversed due to the positioning of the band. A CT scan performed while he was in intensive care awaiting the procedure to remove the band revealed what appeared to be a mass on Justice's lung, he said.

Although he protested, "I never smoked a cigarette in my life," all the tests pointed to "cancer, cancer, cancer," Justice said. But biopsy results were negative for malignancy, and the diagnosis was amended to a lung inflammation.

Justice's sojourn in the hospital wasn't over yet, however, as he developed a blood clot that also had to be addressed.

"I've had a little go-round, that's for sure," Justice said.

"I really feel like I've been touched by God to be here," he stated. "I'm in great shape. I'm ready to go now."

A beaming Justice wrapped up Thursday's Dream Tree launch by introducing the crowd to his dog Molly, worthy successor to Fizzy, the late Boston terrier for whom The Greenbrier's toy shop, Fizzy's Land of Oz, is named.

— E-mail: talvey@register-herald.com

## AFFIDAVIT OF LESTER GEORGE

STATE OF VIRGINIA,

COUNTY OF CHESTERFIELD, TO-WIT:

Affiant, Lester George, after being first duly sworn, states as follows:

1. My name is Lester George, I am over the age of eighteen, and I make this Affidavit on personal knowledge.

2. I am the president of George Golf Design, Inc. ("GGD").

3. The City of Virginia Beach, Virginia hired GGD to design the golf course elements of a 32 million dollar recreation project located at Bow Creek. GGD is contracted as Virginia Beach's subject matter expert on golf courses and elements related thereto.

4. Prior to the Court changing the Final Settlement Conference to January 31, 2013, the City of Virginia Beach scheduled a pre-bid conference for the Bow Creek project.

5. GGD is contractually obligated to attend the pre-bid conference as the City of Virginia Beach's subject matter expert on golf courses and elements related thereto.

6. The pre-bid conference was set by the City of Virginia Beach and I have no control over the date of the conference.

7. The Bow Creek pre-bid conference is important to GGD's business. Failing to appear for the pre-bid conference would put GGD in violation of its contract with the City of Virginia Beach and would adversely affect GGD's business.



EXHIBIT D

8. I am available to attend the Final Settlement Conference on January 30, 2013 or February 1, 2013, or alternatively, I am available to participate in a settlement conference on January 31, 2013 via telephone.

Further, Affiant sayeth not.

_____
LESTER GEORGE

Taken, subscribed and sworn to before the undersigned Notary Public this 3rd day of January, 2013.

My Commission expires: 7-31-16

_____
NOTARY PUBLIC

SHARON TOOMEY BOYLE
Notary Public
Commonwealth of Virginia
112925
Commission Expires Jul 31, 2016

2

## AFFIDAVIT OF RICHARD G. ROBBINS

STATE OF NORTH CAROLINA,

COUNTY OF WAKE TO-WIT:

Affiant, Richard G. Robbins, after being first duly sworn, states as follows:

1. My name is Richard G. Robbins, I am over the age of eighteen, and I make this Affidavit on personal knowledge.

2. I have been retained as an expert witness by Plaintiffs to provide testimony in the above-styled action.

3. I am the Vice President of the American Society of Golf Course Architects.

4. Prior to October 26, 2012, I scheduled a business trip to the Golf Course Builders Association of America's Industry Show in San Diego, California.

5. I will be teaching the Guest Architect Seminar at the Show from February 4, 2013 through February 6, 2013. Teaching the seminar is one of my duties as the Vice President of American Society of Golf Course Architects.

6. I committed to teach the seminar prior to the trial date being changed to February 4, 2013 and I'm unable to renege on this commitment.

7. I have no control over the date of the Golf Course Builders Association of America's Industry Show or the time and place I must teach the seminar.

8. I am unavailable to appear at the trial of this action from February 4, 2013 through February 6, 2013 because of this previously planned teaching engagement at the Golf Course Builders Association of America's Industry Show.

9. I would be available for a trial starting on February 11, 2013.



Further, Affiant sayeth not.

_____
RICHARD G. ROBBINS

Taken, subscribed and sworn to before the undersigned Notary Public this

__2__ day of January, 2013.

My Commission expires: __10-31-2015__

_____
NOTARY PUBLIC

## AFFIDAVIT OF RONNIE ADKINS

STATE OF WEST VIRGINIA,

COUNTY OF Raleigh, TO-WIT:

Affiant, Ronnie Adkins, after being first duly sworn, states as follows:

1. My name is Ronnie Adkins, I am over the age of eighteen, and I make this Affidavit on personal knowledge.

2. I am the Vice President of Aspen Corporation.

3. Prior to October 26, 2012, Donnie Adkins and I scheduled a business trip to the Golf Course Builders Association of America, and The Golf Industry Show in San Diego, California from February 4, 2013 through February 10, 2013.

4. Aspen Corporation is a member of the Golf Course Builders Association of America and must accumulate sufficient credits to maintain Aspen Corporation's certification through the Golf Course Builders Association of America. The certification is crucial to any golf course builder seeking to obtain business.

5. Donnie Adkins and I must attend the Show to obtain the necessary credits to maintain Aspen Corporation's certification.

6. I am also a member of the Golf Course Superintendents Association of America.

7. To maintain my certification as a golf course superintendent, I must obtain sufficient credits.

8. I must attend the Show to obtain necessary credits to maintain my certification as a golf course superintendent with the Golf Course Superintendents Association of America.

EXHIBIT F

9. Donnie Adkins and I have no control over the date of the Golf Course Builders Association of America, and the Golf Industry Show.

10. Donnie Adkins and I are unavailable to appear at the February 4, 2013 trial of this matter because of previously planned business trip to Golf Course Builders Association of America, and the Golf Industry Show.

11. Donnie Adkins and I would be available for a trial starting on February 11, 2013.

Further, Affiant sayeth not.

_____
RONNIE ADKINS

Taken, subscribed and sworn to before the undersigned Notary Public this 2nd day of January, 2013.

My Commission expires Jan. 3, 2018

Official Seal
Notary Public, State of West Virginia
Jennifer Bowling
P.O. Box 42
Beckley, WV 25802
My commission expires January 3, 2018

_____
NOTARY PUBLIC

2