# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## BECKLEY DIVISION

GEORGE GOLF DESIGN INC.,

      Plaintiff,

v.                                      CIVIL ACTION NO.  5:10-cv-01240

GREENBRIER HOTEL CORPORATION, et al.,

      Defendants.

## ORDER

The Court has been advised by the mediator, A. Andrew MacQueen, that the above-styled civil action has been compromised and settled. Therefore, after careful consideration, the Court does hereby **ORDER** that the remaining requirements and deadlines contained in the scheduling order be suspended and that this action be **DISMISSED WITH PREJUDICE and STRICKEN** from the docket of the Court.

The Court further **ORDERS** that any pending motions be **TERMINATED AS MOOT** and that this civil action may be reinstated only upon written motion of one of the parties alleging good cause for such reinstatement and filed within thirty (30) days of the entry of this Order.

Lastly, the Court **DIRECTS** the Clerk of this Court to send a certified copy of this Order to any pro se party and to all counsel of record.

                ENTER:      February 7, 2013

                */s/ Irene C. Berger*
                IRENE C. BERGER
                UNITED STATES DISTRICT JUDGE
                SOUTHERN DISTRICT OF WEST VIRGINIA